Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ✓
Scan Only ___

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   DANIEL H. AHN (Cal. SBN: 235023)
4  Assistant United States Attorneys
        1400 United States Courthouse
5       312 North Spring Street
        Los Angeles, California 90012
6       Telephone: (213) 894-4896
        Facsimile: (213) 894-0142
7       Email:     daniel.ahn@usdoj.gov

8  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 12-1120-RGK |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER |
| v. | ) |
| JUNIOR VALDEZ,<br>   aka "Baby Demon," | ) |
| Defendant. | ) |

REG: 64206-112

Upon the request of the United States of America pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment is HEREBY DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

04·01·13
DATE

_____
THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

RELEASE 17727 ISSUED